UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BARBARA FREUND, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VENUS FASHION, INC., a Florida Corporation,<br><br>Defendants. | Case No. 3:25-cv-00175-HES-LLL |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, W. Blair Castle, Esq., will serve as lead counsel for Plaintiff Barbara Freund in this matter.

DATED:   February 20, 2025         Respectfully submitted,


                                   */s/ W. Blair Castle*
                                   *Attorneys for Plaintiff Barbara Freund and Others Similarly Situated*

                                   **KJC LAW GROUP, A.P.C.**
                                   William Blair Castle (SBN 1031504)
                                   blair@kjclawgroup.com
                                   9701 Wilshire Blvd, Ste 1000
                                   Beverly Hills, CA 90212-2010
                                   Telephone: (310) 861-7797

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all parties of record, and mailed the foregoing via first-class mail to:

Venus Fashion, Inc.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

/s/ *W. Blair Castle*
W. Blair Castle