UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BARBARA FREUND, on behalf
of herself and others similarly
situated,

    Plaintiff,

v.   Case No. 3:25-cv-00175-HES-LLL

VENUS FASHION, INC.,

    Defendant.
_____/

## ORDER

This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal" (Dkt. 12), where Plaintiff asks this Court to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is **ORDERED**:

1. Based on Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff's "Notice of Voluntary Dismissal" (Dkt. 10) is **GRANTED**, and this action is dismissed with prejudice; and

2. The Clerk is directed to terminate all pending motions and close this file.

DONE AND ORDERED at Jacksonville, Florida, this 20th day of October 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
William Blair Castle, Esq.
Kevin J. Cole, Esq.
Nicholas Joseph Secco, Esq.